```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7260
        Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELENA M. DELAROSA, | ) |
| Plaintiff, | ) CIVIL NO. 05-04190 JSW |
| v. | ) STIPULATION AND ORDER APPROVING COMPROMISE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND EIGHT HUNDRED FIFTY DOLLARS ($2,850.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and TWO HUNDRED FIFTY DOLLARS ($250.00) in costs. The checks are to be payable to plaintiff's counsel:

JAMES H. MILLER
BOX 10891 GRAND LAKE STATION
OAKLAND, CA 94610
(510) 451-2132 fax: 0824

///

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA and costs, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

3. Payment of the TWO THOUSAND EIGHT HUNDRED FIFTY DOLLARS ($2,850.00) EAJA fees incurred in this court action, and TWO HUNDRED FIFTY DOLLARS ($250.00) in costs, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, and/or costs as a result of this court action.

Dated: September 11, 2006

/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: September 11, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 12, 2006

JEFFREY S. WHITE
United States District Judge

DELAROSA, EAJA STIP (tr)
C 05-04190 JSW                   2